# United States District Court

Southern **DISTRICT OF** California

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Express Mail parcel EB 235897014 US addressed from Victor Gonzales, 730 East Shore Terrace, Unit 4, Chula Vista, CA 91914 to Carmen Rosario, 2550 Marion Avenue, Apt 4B, Bronx, NY 10458 | **SEARCH WARRANT** CASE NUMBER: '08 MJ 0422 FILED 2008 FEB 14 PM 3:31 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY |

TO: Kim A. Kelly, Postal Inspector           and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Kim A. Kelly   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)



which is in the custody of the U.S. Postal Inspection Service.

in the Southern                    District of California                    there is now
concealed a certain person or property, namely (describe the person or property)
   Controlled substances, materials, and documents reflecting the distribution of
   controlled substances through the United States Mail, including money paid for
   controlled substances, in violation of Title 21, United States Code, Sections
   841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   2/22/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   ANTHONY J. BATTAGLIA
                                                                                              U. S. Judge or Magistrate
as required by law.

2/12/08  4:30P                              at   San Diego, CA
Date and Time Issued                             City and State

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE             U.S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| February 12, 2008 | February 12 2008 1645hrs approx | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

Agent Donald Clark and P.G. Garn Postal Inspector

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EB235897014US

to Carmen Rosario
2550 Marion Ave Apt 4B
Bronx, NY 10458

from Victor Gonzales
730 East Shore Terrace Unit 4
Chula Vista, CA 91914

containing:
- styrofoam packing material
- bundle wrapped in layers of black plastic and fabric softener sheets surrounding a green leafy substance that field tested positive for marijuana.

Approx wt of box and bundle 4767 grams

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge

Date 2/14/08